## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

CERRATI, Anna L.

Case No.: _____ 20-18751 _____

Chapter: _____ 7 _____

Judge: _____ KCF _____

---

### NOTICE OF PROPOSED ABANDONMENT

_____ John Michael McDonnell _____, _____ Trustee _____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
> United States Bankruptcy Court Clerk
> Clarkson S. Fisher U.S. Courthouse
> 402 East State Street
> Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____ Kathryn C. Ferguson _____ on _____ September 22, 2020 _____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  362 Klockner Road
Trenton, New Jersey 08619

FMV=$179,000

Liens on property:    Lien Amount=$157,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt:  $25,150

Objections must be served on, and requests for additional information directed to:

Name:    John Michael McDonnell, Trustee

Address:  115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.:  732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-18751-KCF
Anna L. Cerrati                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 20, 2020
                             Form ID: pdf905          Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db              +Anna L. Cerrati,   362 Klockner Road,   Trenton, NJ 08619-2818
518902349       Apothaker Scian P.C.,   Acct No 7709,   520 Fellowship Road,   Suite C306,   PO Box 5496,
                  Mount Laurel, NJ 08054-5496
518902350       +Capital Health System,   Acct No x xxxxxx5-001,   One Capital Way,   Pennington, NJ 08534-2520
518902351       +Capital Health System,   Acct No xxxxxxxx4-001,   One Capital Way,   Pennington, NJ 08534-2520
518902355       +Cawley and Bergmann, LLC,   Acct No 2882741,   550 Broad Street,   Suite 1001,
                  Newark, NJ 07102-4542
518902357       +Citi Cards,   Acct No 3116,   PO Box 6500,   Sioux Falls, SD 57117-6500
518902359       +Credit Control, LLC,   Acct No TPA7490537,   PO Box 31179,   Tampa, FL 33631-3179
518902380       Domenic B. Santiniti, Jr., Esq.,   Start & Stark,   PO Box 5315,   Princeton, NJ 08543-5315
518902360       Emergency Medical Associates,   Acct No xxx9299,   PO Box 6081,   Parsippany, NJ 07054-7081
518902361       +FBCS, Inc.,   Acct No 218622218,   330 South Warminster Road,   Suite 353,
                  Hatboro, PA 19040-3433
518902363       ++GC SERVICES LIMITED PARTNERSHIP,   6330 GULFTON,   HOUSTON TX 77081-1198
                  (address filed with court: GC Services Limited Partnership,   Acct No 4585529,   6330 Gulfton,
                  Houston, TX 77081)
518902364       +Hayt, Hayt and Landau, LLC,   Acct No 643208-001,   2 Industrial Way West,
                  Eatontown, NJ 07724-2279
518902367       +Lyons, Doughty & Veldhuis,   Acct No DC-4684-18,   136 Gaither Drive,   Suite 100,
                  PO Box 1269,   Mount Laurel, NJ 08054-7269
518902372       +MRS BPO, LLC,   Acct No LU4, 4519596,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
518902368       +Macy's,   Acct No 6875,   PO Box 8052,   Mason, OH 45040-8052
518902362       Michael Gazzillo,   636 Masterson Court,   Trenton, NJ 08618-1449
518902366       +Michael Laureiro,   362 Klockner Road,   Trenton, NJ 08619-2818
518902374       Nissan Motor Acceptance,   Acct No xxxxxxx4173,   PO Box 660360,   Dallas, TX 75266-0360
518902373       Nissan Motor Acceptance,   Acct No xxxxxxxxxxxxxx0001,   PO Box 660360,   Dallas, TX 75266-0360
518902376       +OK Student Loan Authority,   Acct No 8749,   525 Central Park Drive,
                  Oklahoma City, OK 73105-1723
518902375       +OK Student Loan Authority,   Acct No 8849,   525 Central Park Drive,
                  Oklahoma City, OK 73105-1723
518902379       Pressler, Felt & Warshaw, LLP,   Acct No C301811,   7 Entin Road,   Parsippany, NJ 07054-5020
518902381       +Selip and Stylianou,   Acct No G1722061,   10 Forest Avenue,   Paramus, NJ 07652-5238
518902390       +Synergetic Communication, Inc.,   Acct No 5935074,   5450 NW Central,   Suite 200,
                  Houston, TX 77092-2061
518902391       +TD Bank USA/Targetcard,   Acct No 3552,   PO Box 673,   Minneapolis, MN 55440-0673


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30    United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518902352       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2020 01:37:04    Capital One Bank,
                  Acct No 2412,   PO Box 30281,   Salt Lake City, UT 84130-0281
518902353       +E-mail/Text: bankruptcy@cavps.com Aug 21 2020 01:27:53    Cavalry SPV I, LLC,   Acct No 0902,
                  500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2321
518902354       +E-mail/Text: bankruptcy@cavps.com Aug 21 2020 01:27:54    Cavalry SPV I, LLC,
                  Acct No 21060902,   500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2321
518902358       E-mail/Text: BNC-ALLIANCE8@QUANTUM3GROUP.COM Aug 21 2020 01:27:19    Comenity Bank,
                  Acct No 6369,   Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
518902363       E-mail/Text: CMG.GCS.BKP@gcserv.com Aug 21 2020 01:26:16    GC Services Limited Partnership,
                  Acct No 4585529,   6330 Gulfton,   Houston, TX 77081
518902356       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 21 2020 01:37:56    Chase,   Acct No 0377,
                  PO Box 15298,   Wilmington, DE 19850-5298
518902365       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 21 2020 01:26:27    Kohl's/Capital One,
                  Acct No 7368,   PO Box 3120,   Milwaukee, WI 53201-3120
518902371       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 01:27:29    Midland Funding, LLC,
                  Acct No 0271,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
518902369       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 01:27:29    Midland Funding, LLC,
                  Acct No 6631,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
518902370       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 01:27:29    Midland Funding, LLC,
                  Acct No 301395316,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
518902377       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:37:20
                  Portfolio Recovery,   Acct No xxxx-xxxx-xxxx-4465,   PO Box 12914,   Norfolk, VA 23541
518902378       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:37:20
                  Portfolio Recovery Associates, LLC,   Acct No 9897,   120 Corporate Boulevard,   Suite 1,
                  Norfolk, VA 23502
518902385       E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:52    Synchrony Bank,   Acct No 9231,
                  Attn: Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061
518902384       E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:47    Synchrony Bank,   Acct No 6631,
                  Attn: Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061
518902383       E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:47    Synchrony Bank,   Acct No 9897,
                  Attn: Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Aug 20, 2020
                             Form ID: pdf905          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518902382          E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:51      Synchrony Bank,    Acct No 0902,
                   Attn: Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061
518903082          +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:05      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518902386          E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:48      Synchrony Bank (Care Credit),
                   Acct No 0271,   Attn: Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061
518902387          E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:53      Synchrony Bank/ TJ Maxx,
                   Acct No 7709,   PO Box 965064,   Orlando, FL 32896-5640
518902388          E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:48      Synchrony Bank/Amazon,
                   Acct No 1731,   Attn: Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061
518902389          E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:54      Synchrony Bank/Old Navy,
                   Acct No xxxx-xxxx-xxxx-4465,   Attn: Bankruptcy Department,   PO Box 965061,
                   Orlando, FL 32896-5061
518902392          +E-mail/Text: bankruptcydepartment@tsico.com Aug 21 2020 01:28:21      Transworld Systems, Inc.,
                   Acct No 75956792,   500 Virginia Drive,   Suite 514,   Fort Washington, PA 19034-2733
                                                                                         TOTAL: 24

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
```
            Denise E. Carlon   on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
             NJ95@ecfcbis.com,bcrowley@mchfirm.com
            John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
            Thomas J Orr   on behalf of Debtor Anna L. Cerrati tom@torrlaw.com,
             xerna@aol.com;orrtr87054@notify.bestcase.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```