UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 20-18751

Anna L. Cerrati

Chapter: 7

Judge: Ferguson

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
362 Klockner Road, Trenton, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 9/17/2020    By: Gary A. Nau

*rev.2/10/17*