**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anna L. Cerrati | Social Security number or ITIN  xxx–xx–5245 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–18751–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anna L. Cerrati

10/23/20                                  **By the court:** Kathryn C. Ferguson
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Anna L. Cerrati<br>    Debtor(s) | Case No. 20-18751-KCF<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna L. Cerrati, 362 Klockner Road, Trenton, NJ 08619-2818 |
| 518902349 | | Apothaker Scian P.C., Acct No 7709, 520 Fellowship Road, Suite C306, PO Box 5496 Mount Laurel, NJ 08054-5496 |
| 518902350 | + | Capital Health System, Acct No x xxxxxx5-001, One Capital Way, Pennington, NJ 08534-2520 |
| 518902351 | + | Capital Health System, Acct No xxxxxxx4-001, One Capital Way, Pennington, NJ 08534-2520 |
| 518902355 | + | Cawley and Bergmann, LLC, Acct No 2882741, 550 Broad Street, Suite 1001, Newark, NJ 07102-4542 |
| 518902359 | + | Credit Control, LLC, Acct No TPA7490537, PO Box 31179, Tampa, FL 33631-3179 |
| 518902380 | | Domenic B. Santiniti, Jr., Esq., Start & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 518902360 | | Emergency Medical Associates, Acct No xxx9299, PO Box 6081, Parsippany, NJ 07054-7081 |
| 518902361 | + | FBCS, Inc., Acct No 218622218, 330 South Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 518902364 | + | Hayt, Hayt and Landau, LLC, Acct No 643208-001, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 518902367 | + | Lyons, Doughty & Veldhuis, Acct No DC-4684-18, 136 Gaither Drive, Suite 100, PO Box 1269 Mount Laurel, NJ 08054-7269 |
| 518902372 | + | MRS BPO, LLC, Acct No LU4, 4519596, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518902362 | | Michael Gazzillo, 636 Masterson Court, Trenton, NJ 08618-1449 |
| 518902366 | + | Michael Laureiro, 362 Klockner Road, Trenton, NJ 08619-2818 |
| 518902374 | | Nissan Motor Acceptance, Acct No xxxxxxx4173, PO Box 660360, Dallas, TX 75266-0360 |
| 518902373 | | Nissan Motor Acceptance, Acct No xxxxxxxxxxxxx0001, PO Box 660360, Dallas, TX 75266-0360 |
| 518902376 | + | OK Student Loan Authority, Acct No 8749, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 518902375 | + | OK Student Loan Authority, Acct No 8849, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 518902379 | | Pressler, Felt & Warshaw, LLP, Acct No C301811, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518902381 | + | Selip and Stylianou, Acct No G1722061, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 518902390 | + | Synergetic Communication, Inc., Acct No 5935074, 5450 NW Central, Suite 200, Houston, TX 77092-2061 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2020 22:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2020 22:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518902352 | + | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One Bank, Acct No 2412, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518902353 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2020 22:39:00 | Cavalry SPV I, LLC, Acct No 0902, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 518902354 | + | Email/Text: bankruptcy@cavps.com | Oct 23 2020 22:39:00 | Cavalry SPV I, LLC, Acct No 21060902, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 518902357 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citi Cards, Acct No 3116, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518902358 | | EDI: WFNNB.COM | Oct 24 2020 01:23:00 | Comenity Bank, Acct No 6369, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 518902368 | | EDI: CITICORP.COM | | |

Case 20-18751-KCF    Doc 17    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
                     Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 24 2020 01:23:00 | Macy's, Acct No 6875, PO Box 8052, Mason, OH 45040 |
| 518902363 | | Email/Text: GCSBankruptcy@gcserv.com | Oct 23 2020 22:37:00 | GC Services Limited Partnership, Acct No 4585529, 6330 Gulfton, Houston, TX 77081 |
| 518902356 | | EDI: JPMORGANCHASE | Oct 24 2020 01:23:00 | Chase, Acct No 0377, PO Box 15298, Wilmington, DE 19850-5298 |
| 518902365 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 23 2020 22:38:00 | Kohl's/Capital One, Acct No 7368, PO Box 3120, Milwaukee, WI 53201-3120 |
| 518902370 | + | EDI: MID8.COM | Oct 24 2020 01:23:00 | Midland Funding, LLC, Acct No 301395316, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518902369 | + | EDI: MID8.COM | Oct 24 2020 01:23:00 | Midland Funding, LLC, Acct No 6631, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518902371 | + | EDI: MID8.COM | Oct 24 2020 01:23:00 | Midland Funding, LLC, Acct No 0271, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518902377 | | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery, Acct No xxxx-xxxx-xxxx-4465, PO Box 12914, Norfolk, VA 23541 |
| 518902378 | | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, Acct No 9897, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502 |
| 518902384 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, Acct No 6631, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518902385 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, Acct No 9231, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518902383 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, Acct No 9897, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518903082 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518902382 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, Acct No 0902, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518902386 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank (Care Credit), Acct No 0271, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518902387 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/ TJ Maxx, Acct No 7709, PO Box 965064, Orlando, FL 32896-5640 |
| 518902388 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Amazon, Acct No 1731, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518902389 | | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Old Navy, Acct No xxxx-xxxx-xxxx-4465, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 518902391 | + | EDI: WTRRNBANK.COM | Oct 24 2020 01:23:00 | TD Bank USA/Targetcard, Acct No 3552, PO Box 673, Minneapolis, MN 55440-0673 |
| 518902392 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 23 2020 22:43:00 | Transworld Systems, Inc., Acct No 75956792, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 27

Case 20-18751-KCF    Doc 17    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 48 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Thomas J Orr | on behalf of Debtor Anna L. Cerrati tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5